## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Electrical Workers Health and Welfare
Fund, et al.,

            Plaintiffs,            Civil No. 05-1392 (RHK/RLE)

vs.                              **ORDER**

Benjamin Lee Line, d/b/a Line Electric,

            Defendant.

---

     By July 18, 2006, Plaintiffs shall serve upon Defendant, and file with the Court, (1) copies of all exhibits, and (2) a narrative of any proposed testimony which they intend to offer at the July 28, 2006 evidentiary hearing.

Dated: July 10, 2006

                                            <u>s/Richard H. Kyle</u>
                                            RICHARD H. KYLE
                                            United States District Judge