**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Electrical Workers Health and Welfare
Fund, et al.,

        Plaintiffs,                Civil No. 05-1392 (RHK/RLE)

vs.                                    **ORDER**

Benjamin Lee Line, d/b/a Line Electric,

        Defendant.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge